IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RAYMOND TAVIZON,**

    **Plaintiff,**

**v.**                                       **No. CIV-16-0293 GBW/LAM**

**RAUL D. VILLANUEVA, et al.,**

    **Defendants.**

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH CHANGES AND
SETTING CASE MANAGEMENT DEADLINES**

At the Rule 16 scheduling conference held on June 16, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 13*], filed June 2, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED.**

                                              _____
                                              **LOURDES A. MARTÍNEZ
                                              UNITED STATES MAGISTRATE JUDGE**